| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|
| 1 | 75.183.55.123 | 52574 | 2017-06-20 00:47:36 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Winston-Salem |
| 2 | 24.172.6.246 | 42167 | 2017-06-21 23:16:31 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Greensboro |
| 3 | 71.76.207.71 | 39328 | 2017-06-22 00:21:20 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Kernersville |
| 4 | 107.14.49.2 | 38379 | 2017-06-22 02:49:17 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Charlotte |
| 5 | 71.69.205.39 | 57773 | 2017-06-22 15:41:56 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Durham |
| 6 | 45.36.60.247 | 61795 | 2017-06-22 21:49:56 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Winston-Salem |
| 7 | 65.188.179.160 | 16762 | 2017-06-22 22:41:35 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Greensboro |
| 8 | 99.69.17.170 | 56767 | 2017-06-23 00:13:25 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | AT&amp;T U-verse | North Carolina | Chapel Hill |
| 9 | 104.188.160.113 | 33051 | 2017-06-23 01:04:35 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | AT&amp;T Internet | North Carolina | Greensboro |
| 10 | 75.190.113.234 | 56634 | 2017-06-26 00:36:07 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Concord |
| 11 | 174.99.65.51 | 61037 | 2017-06-26 01:55:46 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A | Time Warner Cable | North Carolina | Durham |

EXHIBIT 2, VENICE PI, LLC V. DOES 1-11, MDNC, 1:17-CV-611