IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:17-CV-611-CCE-LPA

VENICE PI, LLC,                                )
                                               )
                          Plaintiff,           )
                                               )
                                               )
         v.                                    )
                                               )
DOES 1-11,                                     )
                                               )
                                               )
                          Defendants.          )
                                               )
                                               )

## SECOND MOTION TO EXTEND TIME TO SERVE DEFENDANTS

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 4(m) and

6, respectfully moves the Court for an order extending the time for Plaintiff to serve

Defendants. For its Motion, Plaintiff shows the Court the following:

1.     The time in which to serve the Complaint has not expired.

2.     Plaintiff has previously obtained one extension of time to serve the

Complaint.

3.     On August 9, 2017, this Court issued an Order [D.E. 8] authorizing

Plaintiff to issue a subpoena for early discovery.

4.     On August 10, 2017, the subpoena was served on the registered agents

for Time Warner Cable ("TWC") and AT&T Corporation ("AT&T").

5.    On or before August 30, Plaintiff received the requested information from AT&T pertaining to Does 8 and 9.

6.    Plaintiff has contacted Does 8 and 9 to inform them of the action and to provide an opportunity to settle.

7.    Plaintiff is in settlement discussions with one defendant.

8.    Plaintiff has not yet received the requested information from TWC. The deadline for providing the information set forth in the subpoena was September 21, 2017.

9.    Plaintiff has contacted TWC to request the information.

10.    If provided with additional time, once Plaintiff receives the requested information from TWC, Plaintiff intends to contact the TWC subscribers by first class mail to inform them of the action and to provide an opportunity to settle.

11.    With additional time, Plaintiff is hopeful that once it makes contact with the identified subscribers, each defendant may be identified and may settle the dispute with Plaintiff.

WHEREFORE, Plaintiff, Venice PI, LLC, respectfully prays that the Court extend the time for which they can serve the Complaint to and including March 30, 2018, and order all other just and proper relief.

2

Dated this 2nd day of January, 2018.

By:     /s/ Kathleen M. Lynch
        Kathleen Maher Lynch
        NC State Bar No. 37429
        Lynch Van Sickle, PLLC
        201 Shannon Oaks Circle
        Suite 200
        Cary, NC 27511
        (919) 469-5685
        kml@lynchvansickle.com

        *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2018, she electronically filed the foregoing "**SECOND MOTION TO EXTEND TIME TO SERVE DEFENDANTS**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing of such filing to all counsel of record or interested parties via the CM/ECF system.

/s/Kathleen M. Lynch
Kathleen Maher Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorneys for Plaintiff*

4