IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:17-cv-611-CCE-LPA

VENICE PI, LLC.   )
                  )
    Plaintiff,    )
                  )
v.                )
                  )
DOES 1-11,        )
                  )
    Defendants.   )
                  )
                  )

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 8-9

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, with prejudice, of its complaint against the Defendants identified in Exhibit 2 to the Complaint as Does 8 and 9.

The case remains pending against Does 1-7 and 10-11.

Dated this 23rd day of January, 2018.

    /s/ Kathleen Lynch          .
Kathleen M. Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle
Suite 200
Cary, NC 27511
Telephone: (919) 469-5685
Email: kml@lynchvansickle.com

*Attorney for UN4 Productions, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on the 23rd of January, 2018 she electronically filed the foregoing "Notice of Dismissal of Does 8-9" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

<pre>
                                        /s/ Kathleen M. Lynch
                                        Kathleen Lynch
                                        N.C. Bar No. 37429
                                        Lynch Van Sickle, PLLC
                                        201 Shannon Oaks Circle, Suite 200
                                        Cary, NC 27511
                                        (919) 469-5685
                                        kml@lynchvansickle.com

                                        *Attorney for Plaintiff*
</pre>