**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**1:17-cv-611-CCE-LPA**

| | |
|---|---|
| VENICE PI, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-11, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 1, 4-7 AND 10-11

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified in Exhibit 2 to the Complaint as Does 1, 4-7 and 10-11. Does 8-9 were previously dismissed and the case remains pending against Does 2-3.

Dated this 2nd day of April, 2018.

 /s/ Kathleen Lynch          .
Kathleen M. Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle
Suite 200
Cary, NC 27511
Telephone: (919) 469-5685
Email: kml@lynchvansickle.com

*Attorney for UN4 Productions, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on the 2nd of April, 2018 she electronically filed the foregoing "Notice of Dismissal of Does 1, 4-7 and 10-11" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/ Kathleen M. Lynch
Kathleen Lynch
N.C. Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorney for Plaintiff*

2