IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:17-cv-611-CCE-LPA

| | |
|---|---|
| VENICE PI, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DOES 1-11, | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 2-3

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified in Exhibit 2 to the Complaint as Does 2-3. Does 1 and 4-11 were previously dismissed. The case no longer remains pending against any Doe.

Dated this 17th day of April, 2018.

                                            /s/ Kathleen Lynch       .
Kathleen M. Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle
Suite 200
Cary, NC 27511
Telephone: (919) 469-5685
Email: kml@lynchvansickle.com

*Attorney for Plaintiff.*

1

## CERTIFICATE OF SERVICE

I certify that on the 17th of April, 2018 she electronically filed the foregoing "Notice of Dismissal of Does 2-3" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/ Kathleen M. Lynch
Kathleen Lynch
N.C. Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorney for Plaintiff*